UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL PEREZ,<br><br>        Plaintiff,<br><br>  v.<br><br>DILL et al,<br><br>        Defendant. | Case Number: C07-3919 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Saul Barrios Perez K56400
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: November 20, 2007

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk